1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11      **SARITH YIN**,                    )   Case No. **SA CV 14-00748-VBF-SP**
                                            )
12                          Petitioner,     )
                                            )   **ORDER**
13                                          )
                                            )   **Adopting Report & Recommendation:**
14              v.                          )
                                            )   **Denying the Habeas Corpus Petition;**
15      STU SHERMAN, Warden,                )
                                            )   Directing the Entry of Separate Judgment;
16                          Respondent.     )   Dismissing the Action With Prejudice;
                                            )   Terminating the Case (JS-6)
17      _____    )

18

19              Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of

20      Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. §2254, *see*

21      CM/ECF Document ("Doc") 1; respondent's Answer (Doc 11) and paper exhibits (Doc

22      12); petitioner Yin's Traverse (Doc 16); the Report and Recommendation ("R&R") of

23      the United States Magistrate Judge (Doc 23); and the applicable law.  Despite receiving

24      three extensions of time from the Magistrate Judge totaling three months (Docs 26-32),

25      petitioner did not file objections, either before the January 26, 2018 deadline or after.

26      Finding no error of law, fact, or logic in the R&R, the Court accepts the Magistrate

27      Judge's findings and conclusions and will implement her recommendations.

28

<u>ORDER</u>

The Report and Recommendation is **ADOPTED**.

The 28 U.S.C. section 2254 petition for a writ of habeas corpus is **DENIED**.

Final judgment shall be entered consistent with this Order and with the R&R. As required by Fed. R. Civ. P. 58(a), the judgment will be a separate document.

The Court will rule on a certificate of appealability by separate document.

This action is **DISMISSED** with prejudice.

The Clerk **SHALL TERMINATE** this case (JS-6).

IT IS SO ORDERED.

Dated: May 3, 2018

_____
HON. VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE