JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **SARITH YIN**,<br>　　　　Petitioner,<br>　v.<br>STU SHERMAN (Warden),<br>　　　　Respondent. | No. SA CV 14-00748-VBF-SP<br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of respondent and against petitioner Sarith Yin.** IT IS SO ADJUDGED.

Dated: May 3, 2018

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge